IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, ) | No. C 14-01997 EJD (PR) |
| Petitioner, ) | ORDER OF TRANSFER |
| v. ) | |
| M. BITER, Warden, ) | |
| Respondent. ) | |

    Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his continued confinement.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). If the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(b)(2); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). The petition indicates that Petitioner is currently confined at the Kern Valley State Prison in Kern County which lies within the venue of the Eastern District of California. See 28 U.S.C. 84(b).

    Accordingly, the above-titled action is hereby TRANSFERRED to the United

Order of Transfer
P:\PRO-SE\EJD\HC.14\01997Gonzalez_transfer.wpd

States District Court for the Eastern District of California.  <u>See</u> 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

The Clerk shall transfer this matter and terminate any pending motions.

DATED: 7/1/2014

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE F. GONZALEZ,

        Petitioner,

  v.

M. BITER, Warden,

        Respondent.

Case Number: CV14-01997 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/2/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose F. Gonzalez E46081
Kern Valley State Prison
P. O. Box 5103
Delano, CA 93216

Dated: 7/2/2014

        Richard W. Wieking, Clerk
        /s/ Elizabeth Garcia, Deputy Clerk